**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| GERALD CARNAHAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 4:22-CV-1272-SRW |
| | ) |
| DAVID VANDERGRIFF, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that petitioner Gerald Carnahan's motion seeking an extension of time to file an amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (ECF No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner shall have additional time, to and including February 27, 2023, to file an amended petition.

Dated this 30th day of January, 2023.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE